**Order entered January 6, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01248-CV

### JANEE HARRELL, Appellant

### V.

### CITIBANK SOUTH DAKOTA, N.A., Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-05242-2010**

## ORDER

We **GRANT** the December 31, 2014 motion of Andrea Stroh Thompson, Collin County District Clerk, for an extension of time to file a supplemental clerk's record. The supplemental clerk's record containing the Agreed Final Judgment Nunc Pro Tunc signed by the Honorable Ray Wheless, Judge of the 366th Judicial District Court of Collin County, Texas, shall be filed by **JANUARY 9, 2015**.

On the Court's own motion, we **ORDER** appellant to file a brief by **JANUARY 16, 2015**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Ray Wheless, Andrea Stroh Thompson, and all counsel of record.

/s/     ELIZABETH LANG-MIERS
          JUSTICE